No. 31, Misc. PENNSYLVANIA EX REL. DARCY *v.* CLAUDY, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *Charles J. Margiotti* and *Joseph B. Keenan* for petitioner. *George W. Keitel,* Deputy Attorney General of Pennsylvania, for respondent.

No. 34, Misc. BIELENSKI *v.* BOUND BROOK OIL-LESS BEARING Co. Supreme Court of New Jersey. Certiorari denied. Petitioner *pro se.* *John P. Smith* for respondent.

No. 36, Misc. ISRAEL *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 38, Misc. FRISCO *v.* ALVIS, WARDEN. Court of Appeals of Franklin County, Ohio. Certiorari denied.

No. 39, Misc. BERGER *v.* COLORADO. Supreme Court of Colorado. Certiorari denied. *Isaac Mellman* for petitioner. *Duke W. Dunbar,* Attorney General of Colorado, *H. Lawrence Hinkley,* Deputy Attorney General, and *Norman H. Comstock,* Assistant Attorney General, for respondent.

No. 40, Misc. ARMSTRONG *v.* MISSOURI-KANSAS-TEXAS RAILROAD Co. Court of Civil Appeals of Texas, Fifth Supreme Judicial District. Certiorari denied. *Alexander Gullett* for petitioner. *Ralph Elliott* for respondent.

No. 44, Misc. BROOKS *v.* PENNSYLVANIA RAILROAD Co. C. A. 2d Cir. Certiorari denied. Petitioner *pro se.* *Joseph Walker* for respondent.